UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY JAMES CHRISTENSEN, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-0710-CW <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

This matter came before the Court for a status hearing on October 6, 2010, at 10:00 a.m. At that hearing, the case was scheduled for a further status hearing on November 3, 2010, at 10:00 a.m.

The parties agreed, and the Court found, that the time between October 6, 2010 and November 3, 2010, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv). The parties represent and this Court found that the this delay is necessary to allow counsel for the Defendant to obtain and review discovery and to effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the Court HEREBY ORDERS the period between October 6, 2010, and November 3, 2010, is properly excluded from the speedy trial calculation under Title

1  18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).  The Court finds that the
2  failure to grant the requested continuance would unreasonably deny defense counsel the
3  reasonable time necessary to obtain and review discovery and to effectively prepare for trial.
4  The Court finds that the ends of justice served by granting the requested continuance outweigh
5  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
6  criminal cases.
7  IT IS SO ORDERED
8
9  DATED:  10/8/2010                              _____
                                                  DONNA M. RYU
10                                                United States Magistrate Judge

[proposed] Order Granting Stip Request To
Exclude Time Under The Speedy Trial
Act (No. CR-10-0710-CW)                           2