UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0710-CW |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| HENRY JAMES CHRISTENSEN, | ) | |
| Defendant. | ) | |

This matter came before the Court for a status hearing on November 3, 2010, at 10:00 a.m. At that hearing, the case was scheduled for a five-day trial before the Honorable Claudia Wilken, commencing May 9, 2011.

The parties agreed, and the Court found, that the time between November 3, 2010, and May 9, 2010, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii); and (h)(7)(B)(iv). The parties represent and this Court found that the this delay is necessary to enable defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for continuity of counsel and to effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

//

1   For the foregoing reasons, the Court HEREBY ORDERS that the period between
2  November 3, 2010 and May 9, 2011, is properly excluded from the speedy trial calculation under
3  Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(ii); and (h)(7)(B)(iv).  The Court
4  finds that the ends of justice served by granting the requested continuance outweigh the best
5  interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal
6  cases.
7  IT IS SO ORDERED

9  DATED:   November 12, 2010                     _____
                                                    LAUREL BEELER
10                                                  United States Magistrate Judge

US v. Christensen,
No. CR 10-0710-CW,
[Proposed] Speedy Trial Order              2